STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar No. 10233
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
phillip.smith@usdoj.gov

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:17-cr-199-RFB** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARVIN ROBINSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Defendant MARVIN ROBINSON, that the date for the Government to file a response to the Defendant's Motion to Suppress Evidence (docket #27) be extended for one week.

This stipulation is entered for the following reasons:

1. The Defendant's Motion was filed and served on November 8, 2017. *See* Docket #27. The Government previously filed a motion continuing its response deadline until January 3, 2018, which this Court granted. *See* Docket ##30 and 31.

2. Since the granting of the Government's motion, the parties have reached, in principle, a negotiation that will obviate the need for any further pre-trial litigation. The parties need additional time to reduce said negotiation to writing in the form of a proposed plea agreement, and time for counsel for the Defendant to present the Government's proposed plea agreement to the Defendant.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties an opportunity to resolve the case, which will obviate the need for this Court to consider the Defendant's Motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the third stipulation filed herein to continue the Government's response deadline.

DATED: January 3, 2018.

/s/
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Counsel for the United States

/s/
PAUL D. RIDDLE
Assistant Federal Public Defender
Counsel for Defendant MARVIN ROBINSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:17-cr-199-RFB** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARVIN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on November 8, 2017. *See* Docket #27. The Government previously filed a motion continuing its response deadline until January 3, 2018, which this Court granted. *See* Docket ##30 and 31.

2. Since the granting of the Government's motion, the parties have reached, in principle, a negotiation that will obviate the need for any further pre-trial litigation. The parties need additional time to reduce said negotiation to writing in the form of a propose dplea agreement and time for counsel for the Defendant to present the Government's proposed plea offer to the Defendant.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties an opportunity to resolve the case, which will obviate the need for this Court to consider the Defendant's Motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the third stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Government's response deadline.

**CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but merely to allow the parties an opportunity to resolve the case, which will obviate the need for this Court to consider the Defendant's Motion. The failure to grant said continuance would likely result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress is extended until __January 12__, 2018.

Dated: January 3, 2018

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE