NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARVIN ROBINSON,<br><br>　　　　　Defendant. | 2:17-cr-00199-RFB-1<br><br>**Stipulation to Continue Supervised Release Violation Hearing (Second Request)** |

　　　　It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Jess R. Machese, Esq., counsel for defendant Robinson;

　　　　That the supervised release violation hearing scheduled in this matter for December 15, 2020, be vacated and continued for a period of approximately 30-60 days. This stipulation is entered into for the following reasons:

　　　　1. The parties agrees to the continuance;

　　　　2. Defendant is currently out of custody and does not object to the continuance;

　　　　3. After consultation, the parties will be proceeding to a contested violation hearing. Due to the ongoing COVID-19 pandemic, this Court is not holding any live

witness hearings until after this year is complete. Given this, the parties request a continuance to a date and time the Court can accommodate a live witness hearing expected to last two to three hours.

4. This is the second request for continuance.

DATED this 14th day of December, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kevin Schiff*
Kevin D. Schiff
Assistant United States Attorney

*/s/ Jess Machese*
Jess R. Machese, Esq.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARVIN ROBINSON,<br><br>　　　　　Defendant. | 2:17-cr-00199-RFB-1<br><br>**Order Pursuant to Stipulation of the Parties** |

## I.     Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

　　1. The parties agrees to the continuance;

　　2. Defendant is currently out custody and does not object to the continuance;

　　3. The parties have requested a live witness hearing of approximately two to three hours in length, the current setting cannot accommodate such a hearing given the Court's docket and ongoing COVID-19 pandemic.

　　4. This is the second request for continuance.

## II.     Order

It is ordered the supervised release hearing currently scheduled for December 15, 2020, be vacated and continued to  March 2, 2021 , at the hour of  1:30   p m.

IT IS SO ORDERED

_____
THE HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: December 14, 2020

3