JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant –ROBINSON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-199-RFB-1 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MARVIN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant MARVIN ROBINSON and KEVIN SCHIFF, Assistant United States Attorney, that sentencing currently scheduled for March 2, 2021 at 11:45 a.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense is set to start an invoked jury trial on March 1, 2021 in *State v Rivera* C-18-333891-1. Given the pandemic, courtroom trial space in State court is at a premium and Mr. Rivera's case must go forward as he has remained in custody for the entirety of his case.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation Hearing for approximately thirty (30) days.

This is the second request for continuance filed herein.

DATED: January 25, 2021

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | KEVIN SCHIFF, ESQ. |
| 601 S. Las Vegas Blvd. | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd South #5000 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant-ROBINSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-199-RFB-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARVIN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsels for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and he has no objection to the continuance.

3. Counsel for the defense is set to start an invoked jury trial on March 1, 2021 in State v Rivera C-18-333891-1. Given the pandemic, courtroom trial space in State court

is at a premium and Mr. Rivera's case must go forward as he has remained in custody for the entirety of his case.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation Hearing for approximately thirty (30) days.

This is the second request for continuance filed herein.

## **ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for March 2, 2021, at 11:45 a.m., be continued to the __6th__ day of _____April_____, __2021__ at the hour of __3:00__ P.M.

DATED this __26th__ day of __February__, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**