JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant –ROBINSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-199-RFB-1 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MARVIN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant MARVIN ROBINSON and KEVIN SCHIFF, Assistant United States Attorney, that sentencing currently scheduled for March 2, 2021 at 3:00 p.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense needs additional time to review discovery for the Amended Petition and new allegations pertaining to the revocation.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation Hearing for approximately thirty (30) days.

This is the third request for continuance filed herein.

DATED: April 2, 2021

_/S/_____  
JESS R MARCHESE, ESQ.  
601 S. Las Vegas Blvd.  
Las Vegas, Nevada 89101  
Attorney for Defendant

_/S/_____  
KEVIN SCHIFF, ESQ.  
Assistant United States Attorney  
501 Las Vegas Blvd South #5000  
Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant-ROBINSON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-199-RFB-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARVIN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsels for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and he has no objection to the continuance.

3. Counsel for the defense needs additional time to review discovery for the Amended Petition and new allegations pertaining to the revocation.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Revocation Hearing for approximately thirty (30) days.

This is the third request for continuance filed herein.

**ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for April 6, 2021, at 3:00 p.m., be continued to the  11th  day of  May , 2021 at  11:00 am , in courtroom  7C  by videoconference.

DATED this  5th  day of  April , 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**